THE INDIANAPOLIS AND CINCINNATI RAILROAD COMPANY
*v.* PARKINSON.

APPEAL from the *Shelby* Court of Common Pleas.

*Wednesday, June 13.*

*Per Curiam.*—The judgment in this case is affirmed with 10 per cent. damages and costs, the points raised in it having been decided in several other cases.

*J. S. Scobey*, for the appellants.